[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JANUARY 25, 2007
THOMAS K. KAHN
CLERK

_____

No. 06-12595
Non-Argument Calendar

_____

D. C. Docket No. 05-00324-CR-J-25-MCR

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JERMARL JAMES MCCOY,
a.k.a. Jemarl McCoy,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(January 25, 2007)**

Before WILSON, PRYOR and COX, Circuit Judges.

PER CURIAM:

James A. Hernandez, appointed counsel for Jermarl James McCoy in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and McCoy's conviction and sentence are **AFFIRMED**.